UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FARMER, JAMES E | ) | CASE NO. 05 B 00359 |
| FARMER, LOUELLA | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

Social Security/Employer Tax ID Number:    XXX-XX-3142
                                           XXX-XX-1357

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. BANKRUPTCY COURT, 219 S DEARBORN, COURTROOM 613, CHICAGO, IL

    On: **July 18, 2007**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                       $7,022.83

    Disbursements                                      $6.71

    Net Cash Available for Distribution            $7,016.12

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $1,452.28 | $50.13 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $2,730.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $14,116.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 64.36% to timely filed allowed claims.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corpora | $4,324.92 | $2,783.71 |
| 2 | LVNV Funding LLC (LATE CLAIM) | $9,791.70 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking Account | $100.00 |
| HOUSEHOLD FURNISHINGS | $400.00 |
| Books | $100.00 |
| WEARING APPAREL | $100.00 |
| Partition Distribution | $1,600.00 |

Dated: **June 21, 2007**                                  For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   Phillip D. Levey
Address:   2722 North Racine Avenue
           Chicago, IL  60614
Phone No.: (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0359   Doc 41   Filed 06/21/07   Entered 06/23/07 23:36:46   Desc Imaged
                Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7              Page 1 of 1           Date Rcvd: Jun 21, 2007
Case: 05-00359                      Form ID: pdf002          Total Served: 32


The following entities were served by first class mail on Jun 23, 2007.
db         +James E Farmer,    1701 E. 93rd St.,    Chicago, IL 60617-3611
jdb        +Louella Farmer,    1701 E. 93rd St.,    Chicago, IL 60617-3611
aty        +Phillip D Levey,   2722 North Racine Avenue,    Chicago, IL 60614-1206
aty        +Robert J Semrad,   Robert J Semrad & Associates  L LC,    407 S Dearborn St  Ste 600,
             Chicago, IL 60605-1115
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
sp         +Thaddeus J Hunt,   120 S State St., 4th Fl.,    Chicago, IL 60603-5508
8829226    +Arrow Financial Service,    5996 W Touhy Ave,    Niles, IL 60714-4610
8829227     Associated Credit Services, Inc.,    P.O. Box 9100,    Hopkinton, MA  01748-9100
8829228    +Blatt, Hasenmiller, Leibsker & Moore,    2 N. Lasalle St. Ste #900,    Chicago, IL 60602-4059
8829231    +CITI,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
8829229    +Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
8829230    +Cbusa,    P.O. Box 9714,    Gray, TN 37615-9714
8829232     Citi Cards,    Po Box 6412,    The Lakes, NV  88901-6412
8829223    +Farmer James,   1701 E 93rd St,    Chicago, IL 60617-3611
8829224    +Farmer Louella,   1701 E 93rd St,    Chicago, IL 60617-3611
8829233     First Usa Bank,    Po Box 50882,    Henderson, NV  19899-8650
8829234    +Goldman & Grant,   134 N Lasalle St Suite 1717,    Chicago, IL 60602-1086
8829235    +Helig Meyer,   9605 S Cicero Ave,    Oak Lawn, IL 60453-3137
8829236    +Household Bank,    P.O. Box 17051,    Baltimore, MD 21297-1051
8829237    +Household Bank,    P.O. Box98706,    Las Vegas, NV 89193-8706
11238826    LVNV Funding LLC its successors and assigns as,    assignee of Sears Roebuck and Co,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
8829238    +Midland Credit,    5775 Roscoe Ct,    San Diego, CA 92123-1356
8829239    +Midland Finance,   7300 N Western Ave,    Chicago, IL 60645-1857
8829240    +Nationwide,    3435 N. Cicero Ave,    Chicago, IL 60641-3794
8829241    +Nco Financial System,    Po Box 41567,    Philadelphia, PA 19101-1567
11063929   +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
8829242    +Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
8829243    +Richard Jaffe,    100 W Monroe Suite 714,    Chicago, IL 60603-1962
8829225    +Robert J Semrad & Associates,    407 S Dearborn Ave,    Suite 400,    Chicago, IL 60605-1163
8829245    +SHERMAN ACQUISITION,    P.O. BOX 43038,    Baltimore, MD 21236-0038
8829244    +Sears,    PO Box 182149,    Columbus, OH 43218-2149
8829246    +Speigel,    FCNB Processing Center,    9310 Sw Gemini,    Beaverton, OR 97078-0001

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 23, 2007**            **Signature:** *Joseph Speetjens*