IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| FARMER, JAMES & LOUELLA | ) | CASE NO. 05 B 00359 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE A. BENJAMIN GOLDGAR
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 9-27-07

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FARMER, JAMES E | ) | CASE NO. 05 B 00359 |
| FARMER, LOUELLA | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $1,452.28 |
| 2. | Trustee's expenses | $50.13 |
| | TOTAL | $1,502.41 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $2,730.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER: _____

_____
UNITED STATES BANKRUPTCY JUDGE

**ENTERED**

**JUL 1 8 2007**

Judge A. Benjamin Goldgar
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FARMER, JAMES E | ) | CASE NO. 05 B 00359 |
| FARMER, LOUELLA | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,232.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,800.06 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $7,032.47 |

EXHIBIT D

# FINAL DISTRIBUTION

| Case Number: 05-00359    ABG | | Page 1 | | | Date: July 25, 2007 |
|---|---|---|---|---|---|
| Debtor Name: FARMER, JAMES E \ FARMER, LOUELLA | | | | | |

| Claim # | Payee Name | Class Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | $7,032.47 |
| | Claim Type - | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | $1,452.28 *<br>$1,452.28 | $0.00 | $1,452.28 | $1,452.28 | $5,580.19 |
| | | Percent Paid: 100.00000 % | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | $50.13 *<br>$50.13 | $0.00 | $50.13 | $50.13 | $5,530.06 |
| | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type** | | $1,502.41 *<br>$1,502.41 | $0.00 | $1,502.41 | $1,502.41 | |
| | Claim Type 3110-00 - Attorney for Trustee Fees | | | | | | |
| | Phillip D. Levey | Admin   001 | $2,730.00 *<br>$2,730.00 | $0.00 | $2,730.00 | $2,730.00 | $2,800.06 |
| | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type 3110-00** | | $2,730.00 *<br>$2,730.00 | $0.00 | $2,730.00 | $2,730.00 | |
| | Subtotals For Class Administrative 100.00000 % | | $4,232.41 *<br>$4,232.41 | $0.00 | $4,232.41 | $4,232.41 | |
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | |
| 000001 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPenney<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec   070<br><br>Percent Paid: 64.74247 % | $4,324.92 *<br>$4,324.92 | $0.00 | $4,324.92 | $2,800.06 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | $4,324.92 *<br>$4,324.92 | $0.00 | $4,324.92 | $2,800.06 | |
| | Claim Type 7200-00 - Tardy General Unsecured | | | | | | |
| 000002 | LVNV Funding LLC its successors and assigns as assignee of Sears Roebuck and Co<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsec   080<br><br>Percent Paid: 0.00000 % | $9,791.70 *<br>$9,791.70 | $0.00 | $9,791.70 | $0.00 | $0.00 |

**FINAL DISTRIBUTION**

Case Number: 05-00359   ABG  
Debtor Name: FARMER, JAMES E \ FARMER, LOUELLA  
Page 2  
Date: July 25, 2007

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 7200-00 | | | $9,791.70 *<br>$9,791.70 | $0.00 | $9,791.70 | $0.00 | |
| | Subtotals For Class Unsecured | 19.83520 % | | $14,116.62 *<br>$14,116.62 | $0.00 | $14,116.62 | $2,800.06 | |
| << Totals >> | | | | $18,349.03<br>$18,349.03 | $0.00 | $18,349.03 | $7,032.47 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| FARMER, JAMES E | ) | CASE NO. 05 B 00359 |
| FARMER, LOUELLA | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,452.28 |
| 2. | Trustee's expenses | $50.13 |
| | TOTAL | $1,502.41 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation — $2,730.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

3. Other professionals
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: **JUL 18 2007**

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

Document   Page 7 of 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-00359 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | FARMER, JAMES E | Bank Name: | BANK OF AMERICA |
| | FARMER, LOUELLA | Account Number / CD #: | *******1987 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9554 | | |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/27/06 | 6 | James & Louella Farmer | SETTLEMENT | 1241-000 | 7,000.00 | | 7,000.00 |
| 01/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.74 | | 7,005.74 |
| 02/28/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.37 | | 7,011.11 |
| 03/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.95 | | 7,017.06 |
| 04/30/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.77 | | 7,022.83 |
| 05/08/07 | 000101 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 6.71 | 7,016.12 |
| 05/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.96 | | 7,022.08 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.77 | | 7,027.85 |
| 07/25/07 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.62 | | 7,032.47 |
| 07/25/07 | | Transfer to Acct #*******2371 | Final Posting Transfer | 9999-000 | | 7,032.47 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,039.18 | 7,039.18 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,032.47 | |
| Subtotal | 7,039.18 | 6.71 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,039.18 | 6.71 | |

Page Subtotals   7,039.18   7,039.18

Ver: 12.52

LFORM24

Case 05-00359   Doc 46   Filed 10/05/07   Entered 10/05/07 12:28:54   Desc Main
Document    Page 8 of 9

FORM 2
Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-00359 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | FARMER, JAMES E | Bank Name: | BANK OF AMERICA |
|  | FARMER, LOUELLA | Account Number / CD #: | *******2371 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9554 |  |  |
| For Period Ending: | 09/27/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/07 |  | Transfer from Acct #*******1987 | Transfer In From MMA Account | 9999-000 | 7,032.47 |  | 7,032.47 |
| 07/28/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,452.28 | 5,580.19 |
| 07/28/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 |  | 50.13 | 5,530.06 |
| 07/28/07 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 |  | 2,730.00 | 2,800.06 |
| 07/28/07 | 000104 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPenney<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 64.74247% | 7100-900 |  | 2,800.06 | 0.00 |

|  | COLUMN TOTALS | 7,032.47 | 7,032.47 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 7,032.47 | 0.00 |  |
|  | Subtotal | 0.00 | 7,032.47 |  |
|  | Less:  Payments to Debtors |  | 0.00 |  |
|  | Net | 0.00 | 7,032.47 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1987 | 7,039.18 | 6.71 | 0.00 |
| Checking Account (Non-Interest Earn - *******2371 | 0.00 | 7,032.47 | 0.00 |
|  | 7,039.18 | 7,039.18 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    7,032.47    7,032.47

Ver: 12.52

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Ver: 12.52

Case No: 05-00359 -ABG
Case Name: FARMER, JAMES E
FARMER, LOUELLA

Taxpayer ID No: ******9554
For Period Ending: 09/27/07

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: ******2371  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

LFORM24